JERRY FORD, Appellant, v. N. B. SMITH, Respondent.

Receipts executed by a third party, acknowledging the payment of money, are but secondary evidence, as the party executing them is a competent witness to prove the payments, or any other person who saw the payments made.

APPEAL from the County Court of Contra Costa County.

The material facts appear in the opinion of the Court.

*Mills & Allen,* for Appellant.

*M. J. Chase,* for Respondent.

No briefs on file.

HEYDENFELDT, J., delivered the opinion of the Court. MURRAY, C. J., concurred.

Upon the trial, the defendant introduced receipts of one Hesse to prove payments made to Hesse by defendant, on the joint account of plaintiff and defendant, and for a proportion of which, plaintiff was claimed to be liable to defendant.

These receipts were mere secondary evidence; the best evidence would have been the sworn testimony of Hesse as to the payment made to him, or of any one else who saw the money paid.

For the error in admitting this evidence, the judgment is reversed, and the cause remanded.